IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02325-RM-MJW

CARGILL, INC., a Delaware Corporation,

Plaintiff,

v.

JASON KUAN,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Stipulated Motion for Protective Order (docket no. 28) is GRANTED finding good cause shown. The written Stipulated Protective Order is APPROVED and made an Order of Court.

Date: August 29, 2014