IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE RAYMOND P. MOORE**

Civil Action No. 14-cv-02325-RM-MJW

CARGILL, INCORPORATED, a Delaware corporation,

    Plaintiff,

v.

JASON KUAN,

    Defendant.

---

**STIPULATION AND ORDER REGARDING CUSTODY OF
EXHIBITS AND DEPOSITIONS**

---

    It is stipulated that upon the conclusion of the hearing, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty (60) days.

    DATED at Denver, Colorado this 24th day of September, 2014.

                                     BY THE COURT:

                                     s/Raymond P. Moore
                                     Raymond P. Moore, U.S. District Judge

_____                  _____
Counsel for Plaintiff                                    Counsel for Defendant