# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Civil Action No. 14-cv-2325-RM-MJW

CARGILL, INCORPORATED, a Delaware corporation,

    Plaintiff,

v.

JASON KUAN

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the parties' Stipulation for Dismissal with Prejudice (ECF No. 59). After carefully reviewing the file in this matter, the Court finds that the stipulation should be approved pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and that the case should be dismissed with prejudice. At the request of the parties, this Court will retain jurisdiction for the limited purpose of enforcing the Stipulated Final Injunction while it remains in force through December 31, 2015.

Accordingly, it is ORDERED that the Stipulation for Dismissal with Prejudice (ECF No. 59) is APPROVED. This case is DISMISSED WITH PREJUDICE, with each party to pay its own attorney fees and costs. This Court will retain jurisdiction for the limited purpose of enforcing the Stipulated Final Injunction while it remains in force through December 31, 2015.

DATED this 9th day of March, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge

4839-7722-3457\1